STATE EX REL. WILBERT R. WILSON AND ANOTHER v. MYRTLE
IONE WRIGHT AND ANOTHER.[1]

August 29, 1947.

No. 34,567.

*Arthur A. Sturdevant,* for relators.
*Brenner & Bouchard,* for respondent Myrtle Ione Wright.

PER CURIAM.

On the authority of Heinsch v. Kirby, 222 Minn. 352, 24 N. W. (2d) 493, the
alternative writ of prohibition is quashed.

---

[1]Reported in 28 N. W. (2d) 682.